

FILED
CLERK, U.S. DISTRICT COURT
APR 23 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSE LUIS ) <br> LOPEZ-REYES ) <br> ) <br> Defendant. ) | Case No.: CR 07-1115-PA <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central Dist., CA** for alleged violation(s) of the terms and conditions of his/her [probation] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **allegation he violated S.R. by coming back into U.S. w/o permission; allegedly in US illegally; no verified background info or bail resources**

```
 1  _____
 2  _____
 3  _____
 4         and/or
 5  B.    ( )  The defendant has not met his/her burden of establishing by
 6         clear and convincing evidence that he/she is not likely to pose
 7         a danger to the safety of any other person or the community if
 8         released under 18 U.S.C. § 3142(b) or (c).  This finding is based
 9         on:_____
10  _____
11  _____
12  _____
13
14         IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated:    4/23/12
18
19                                       _____
20                                       UNITES STATES MAGISTRATE JUDGE
```

1
2 _____
3
4  and/or
5 B.   ( )  The defendant has not met his/her burden of establishing by
6      clear and convincing evidence that he/she is not likely to pose
7      a danger to the safety of any other person or the community if
8      released under 18 U.S.C. § 3142(b) or (c).  This finding is based
9      on:_____
10 _____
11 _____
12 _____
13
14      IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.
16
17 Dated:    4/23/12
18
19                                    _____
20                                    UNITES STATES MAGISTRATE JUDGE